UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL BATTLE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-2217-X-BH |
| | § | |
| GRAVAMEN ASSET MANAGEMENT, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Samuel Battle moved for a default judgment in this case. [Doc. No. 10]. The problem is, he forgot to first move for a clerk's default. So the United States Magistrate Judge made findings, conclusions, and a recommendation in this case that the Court should deny the motion. [Doc. No. 11]. The parties filed no objections. The Court reviewed the proposed findings, conclusions, and recommendations for clear error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DENIES** Battle's motion for default judgment.

**IT IS SO ORDERED** this 5th day of April, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE