IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL BATTLE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-2217-X (BH) |
| | § | |
| GRAVAMEN ASSET | § | |
| MANAGEMENT | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on August 10, 2022. No objections were made. After reviewing this case for clear error, the Court finds none and ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SIGNED** this 8th day of September 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE